**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ervin Lamar James,

          Plaintiff,

    vs.

Kelcie Salazar as representative of Estate of
Taylor Joseph Carter,

        Defendant.

Case No. 24-cv-179 (DSD/SGE)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and

Defendant Kelcie Salazar ("Defendant"), hereby stipulate that all of Plaintiff's claims

against Defendant in this action shall be and hereby are dismissed with prejudice on the

merits without costs, disbursements, or attorneys' fees to any party.

*SIGNATURES ON FOLLOWING PAGE*

Dated:  April 24, 2025                    **LAW OFFICE OF ERIC A. RICE, LLC**


                                          s/ Eric Rice
                                          Eric A. Rice (MN #0388861)
                                          1 W. Water St., Ste. 275
                                          St. Paul, MN 55107
                                          P: (651) 998-9660
                                          F: (651) 344-0763
                                          eric@ricedefense.com

                                          Attorney for Plaintiff Ervin Lamar James


Dated:  April 24, 2025                    KEITH ELLISON
                                          Attorney General
                                          State of Minnesota

                                          s/ Ian Taylor, Jr.
                                          IAN TAYLOR, JR.
                                          JEFF TIMMERMAN
                                          Assistant Attorney General
                                          Atty. Reg. No. 0401548
                                          Atty. Reg. No. 0352561

                                          445 Minnesota Street, Suite 600
                                          St. Paul, MN 55101-2131
                                          (651) 757-1348 (Taylor, Jr.)
                                          (651) 583-7760 (Timmerman)
                                          ian.taylor@ag.state.mn.us
                                          jeffrey.timmerman@ag.state.mn.us

                                          Attorneys for Defendants


|#6067729-v1