UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ervin Lamar James,<br><br>       Plaintiff,<br><br>vs.<br><br>Kelcie Salazar as representative of Estate of Taylor Joseph Carter,<br><br>       Defendant. | Case No. 24-cv-179 (DSD/SGE)<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of Dismissal with Prejudice (ECF No.49) and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims against Defendant Kelcie Salazar are dismissed with prejudice on the merits without costs, disbursements, or attorneys' fees to any party.

BY THE COURT

Dated:_____ _____
David S. Doty
United States District Judge